**NIEDWESKE BARBER**
By: Peter J. Heck, Esq.
140 Broadway; 46th Floor
New York, New York 10005
www.**N-B**Law.com
(212) 208-1496
fax: (212) 858-7750
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MD KABIR, on behalf of himself and others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>581 5th AVE GIFTS LLC, d/b/a PHANTOM OF BROADWAY #2,<br><br>Defendant. | Civil Action No.: 08-4330 (CM)(DFE)<br><br>**NOTICE OF APPEARANCE**<br><br>**DOCUMENT ELECTRONICALLY FILED** |

Please enter the appearances of Peter J. Heck, Esq. and Niedweske Barber, PC as counsel

for Defendant in the above-captioned matter.

**NIEDWESKE BARBER**

DATED: July 16, 2008                By: /s Peter J. Heck

                                        140 Broadway; 46th Floor
                                        New York, New York 10005
                                        www.**N-B**Law.com
                                        (212) 208-1496
                                        fax: (212) 858-7750
                                        pheck@**N-B**Law.com

**DOCUMENT ELECTRONICALLY FILED**