UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MD KABIR, on behalf of himself and
others similarly situated,

       Plaintiff,

                     08 __CIVIL__ 4330 __(CM )

-against-

581 5th AVE GIFTS LLC, d/b/a
PHANTOM OF BROADWAY #2
       Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Peter J. Heck__

☒ *Attorney*

 ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: PJH-6760

 ☐ I am a Pro Hac Vice attorney

 ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

 From: __Binder & Binder__

 To: __Niedweske Barber__

 ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

 ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* 140 Broadway, 46th Floor, New York, NY 10005

☒ *Telephone Number:* (212) 208-1496

☐ *Fax Number:* (212) 858-7750

☐ *E-Mail Address:* pheck@N-BLaw.com

Dated: July 17, 2008