NIEDWESKE BARBER, P.C.
By: Peter J. Heck, Esq.
140 Broadway, 46th Floor
New York, New York 10005
www.N-BLaw.com
(212) 208-1496
fax: (212) 858-7750
*Attorneys for Defendant*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MD KABIR, on behalf of himself and others similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> 531 5th AVE GIFTS LLC, d/b/a PHANTOM OF BROADWAY #2, <br><br> Defendant. | Civil Action No.: 08-4330 <br><br> **CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> DOCUMENT ELECTRONICALLY FILED |

THIS MATTER having been opened to the Court upon the application of Niedweske Barber, attorneys for Defendant, and Robert L. Kraselnik, Esq., attorneys for Plaintiff, and the Court having found good reason for the entry of this order:

IT IS ON THIS __17th__ day of __July__, 2008,

STIPULATED AND ORDERED that the time of Defendant to answer or otherwise respond to the Complaint be and hereby shall be extended to July 31, 2008.

_____

The undersigned hereby consent to the form, content, and entry of the within Order:

NIEDWESKE BARBER                        ROBERT L. KRASELNIK
By: _____                      By: _____
    Peter J. Heck                             Robert L. Kraselnik
    *Attorneys for Defendant*                  *Attorneys for Plaintiff*