**NIEDWESKE BARBER**
By: Peter J. Heck, Esq.
140 Broadway; 46th Floor
New York, New York 10005
www.**N-B**Law.com
(212) 208-1496
fax: (212) 858-7750
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MD KABIR, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>581 5th AVE GIFTS LLC, d/b/a PHANTOM OF BROADWAY #2,<br><br>　　　　　Defendant. | Civil Action No.: 08-4330 (CM)(DFE)<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>**DOCUMENT ELECTRONICALLY FILED** |

Pursuant to F.R.Civ.P. 7.1, the undersigned hereby certifies that Defendant corporation is neither the parent, subsidiary, nor affiliate of any other corporation and has issued no shares or debt securities to the public.

　　　　　　　　　　　　　　　　　　**NIEDWESKE BARBER, LLC**

Dated: <u>July 30, 2008</u>　　　　　　　By: <u>s/ Peter J. Heck</u>

　　　　　　　　　　　　　　　　　　140 Broadway; 46th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　www.**N-B**Law.com
　　　　　　　　　　　　　　　　　　(212) 208-1496
　　　　　　　　　　　　　　　　　　fax: (212) 858-7750
　　　　　　　　　　　　　　　　　　pheck@**N-B**Law.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　**Document Electronically Filed**

**NIEDWESKE BARBER**
By: Peter J. Heck, Esq.
140 Broadway; 46th Floor
New York, New York 10005
www.**N-B**Law.com
(212) 208-1496
fax: (212) 858-7750
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MD KABIR, on behalf of himself and others similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>581 5th AVE GIFTS LLC, d/b/a PHANTOM OF BROADWAY #2,<br><br>    Defendant. | Civil Action No.: 08-4330 (CM)(DFE)<br><br>**CERTIFICATION OF SERVICE FOR DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>**DOCUMENT ELECTRONICALLY FILED** |

    I hereby certify that, on July 30, 2008, I caused Defendant's Rule 7.1 Disclosure Statement to be served upon counsel for Plaintiff via CM-ECF filing and regular mail to:

Robert L. Kraselnik, Esq.
40 Wall Street, 28th Floor
New York, NY 10005

**NIEDWESKE BARBER, LLC**

Dated: July 30, 2008                    By: s/ Peter J. Heck

                                        140 Broadway; 46th Floor
                                        New York, New York 10005
                                        www.**N-B**Law.com
                                        (212) 208-1496
                                        fax: (212) 858-7750
                                        pheck@**N-B**Law.com
                                        *Attorneys for Defendants*

                                        **Document Electronically Filed**