EXHIBIT A

**NIEDWESKE BARBER, P.C.**
By: Peter J. Heck, Esq.
140 Broadway; 46th Floor
New York, New York 10005
www.N-BLaw.com
(212) 208-1496
fax: (212) 858-7750
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MD KABIR, on behalf of himself and others similarly situated, | Civil Action No.: 08-4330 (LLS) |
| Plaintiff | **STIPULATION OF DISMISSAL** |
| vs. | |
| 581 5th AVE GIFTS LLC, d/b/a PHANTOM OF BROADWAY #2, | |
| Defendant. | |

The parties hereto, having amicably resolved this matter pursuant to a fully executed Settlement Agreement and Mutual Release, hereby stipulate to the with prejudice dismissal of the Complaint filed in this action without costs or expenses to any party.

ROBERT L. KRASELNIK

By: _____
Robert L. Kraselnik
Attorney for Plaintiff

NIEDWESKE BARBER, LLC

By: _____
Peter J. Heck, Esq.
Attorney for Defendant